### STATE

v.

### Richard CONCANNON.

### No. 80–540–M.P.

Supreme Court of Rhode Island.

Jan. 5, 1981.

Dennis J. Roberts II, Atty. Gen., Melanie W. Spencer, Sp. Asst. Atty. Gen., for plaintiff-respondent.

David L. Martin, Asst. Public Defender, for defendant-petitioner.

### ORDER

The petition for writ of habeas corpus is denied.

### STATE ex rel. John A. REGA

v.

### Methodi GUIORGUIEV a/k/a George Tonev and Gloria Guiorguiev a/k/a Gloria Tonev.

### No. 80–301–M.P.

Supreme Court of Rhode Island.

Jan. 5, 1981.

Kathleen A. Voccola, Asst. City Sol., Cranston, for plaintiff-respondent.

Aram K. Berberian, Warwick, for defendants-petitioners.

### ORDER

The petition for writ of certiorari is denied.

### Robert WOODS et al.

v.

### CITY OF CENTRAL FALLS.

### No. 80–436–M.P.

Supreme Court of Rhode Island.

Jan. 5, 1981.

Oster, Groff & Prescott, George M. Prescott, Lincoln, for petitioners.

### ORDER

The petition for writ of certiorari is denied.